

FILED
FEB 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | No CR-12-130-AWI |
| vs. | ORDER OF RELEASE |
| DALIA REYES SERAPIO | |
| Defendant. | |

The above named defendant having been sentenced on February 19, 2013 TO 6 MONTHS, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A certified Judgment and Commitment order to follow.

DATED: 2-20-13

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1