

FILED

FEB 19 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No CR-12-130-AWI |
| vs. | ) | ORDER OF RELEASE |
| DALIA REYES SERAPIO | ) | |
| Defendant. | ) | |

    The above named defendant having been sentenced on February 19, 2013  TO 6 MONTHS, (TIME SERVED)

    IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: *2-20-13*

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1